IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST C. ALDRIDGE, | No. CIV S-10-3211-MCE-CMK |
| Plaintiff, | |
| vs. | ORDER |
| UNITED STATES OF AMERICA, | |
| Defendant. | |
| _____/ | |

     Plaintiff, who is proceeding pro se, brings this civil action.  This matter is set for an initial status/scheduling conference on April 21, 2011, before the undersigned in Redding, California.  Good cause appearing therefor, this hearing is vacated pending resolution of defendant's motion to strike/dismiss and motion for sanctions.

     IT IS SO ORDERED.

DATED: March 30, 2011

                                           **CRAIG M. KELLISON**
                                           UNITED STATES MAGISTRATE JUDGE